AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Spraker, Gary A. | **2. Court or Organization**<br><br>Bankruptcy Court | **3. Date of Report**<br><br>7/22/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US Bankruptcy Court
Old Federal Building
605 West 4th Avenue
Anchorage, AK 99501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 7/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Alaska Permanent Fund | $2,072.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Alaska Permanent Fund |
| 2. 2014 | Self-employed - attorney |
| 3. 2014 | Self- employed - landlord (separate entity owning law firm building) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Janet Torbuck (friend) | Gavel carved from bone made by her son-in-law for appointment to bench. (June 2016) | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Invesco American Franchise Fund (f/k/a Leisure Fund) | B | Dividend | K | T | | | | | |
| 2. Franklin Templeton Inv.- Mutual Quest Fund (TEQIX) | B | Dividend | K | T | | | | | |
| 3. Touchstone Invests - OM Copper Rock Int'l Small Cap Fund Z | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Small Cap Value Fund (PRSVX) | D | Dividend | K | T | | | | | |
| 5. T Rowe Price - Int'l Stock | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Advantage Funds - Discovery (Inv) | C | Dividend | K | T | | | | | |
| 7. White Oak Growth | A | Dividend | J | T | | | | | |
| 8. Vanguard - IRA (Header) | | | | | | | | | |
| 9. 500 Index Fund | B | Dividend | L | T | | | | | |
| 10. Wellington Fund | B | Dividend | K | T | | | | | |
| 11. Wellesley Fund | A | Dividend | J | T | | | | | |
| 12. Money Market | A | Dividend | L | T | | | | | |
| 13. Global Equity | A | Dividend | K | T | | | | | |
| 14. Prime Market | A | Dividend | N | T | | | | | |
| 15. ABA Retirement Accounts (Header) | | | | | | | | | |
| 16. ABA Retirement - Moderate Risk Fund | A | Dividend | M | T | | | | | |
| 17. ABA Retirement - Lifetime Income Retirement Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Municipality of Anchorage 401k (Header) | | | | | | | | | |
| 19. T. Row Price Equity Index Fund (PREIX) | C | Dividend | K | T | | | | | |
| 20. Oakmark International Trust Fund -X - Harbor International Fund | | | K | T | | | | | |
| 21. Columbia Acorn Select Fund | C | Dividend | | | Sold | 09/30/15 | L | | Exchange Out-Ret. Acct. |
| 22. Vanguard Mid-Cap Growth Fund | C | Dividend | L | T | Buy | 09/30/15 | L | | Exchange In-Ret. Acct. |
| 23. UBS Resource Management Account | | | | | | | | | |
| 24. UBS Bank USA Deposit Account | A | Interest | N | T | | | | | |
| 25. Nuveen Municipal Opportunity Fund | D | Dividend | M | T | | | | | |
| 26. UBS Access Account-managed by Davis Core Equities (header) | | | | | | | | | |
| 27. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 28. UBS Resource Management - UTMA Account 2 (Header) | | | | | | | | | |
| 29. UBS Bank USA Dep. Acct | A | Interest | | | Closed | 09/15/15 | K | | |
| 30. UBS Retirement Account -IRA (Header) | | | | | | | | | |
| 31. X - RMA Govt Money Mkt FD (f/k/a UBS Ret. Money Fund) | A | Interest | J | T | | | | | |
| 32. UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 33. Blackrock Eurofund A | A | Dividend | J | T | | | | | |
| 34. Columbia Seligmann Comm & Info, Class A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco American Value, Class A | B | Dividend | K | T | | | | | |
| 36. Invesco Mid Cap Growth, Class A | B | Dividend | K | T | | | | | |
| 37. Invesco Small Cap Discovery Fund, Class B | C | Dividend | K | T | | | | | |
| 38. Victory Munder Multi-Cap Fund Class A (f/k/a Munder Growth Opp) | A | Dividend | J | T | | | | | |
| 39. Lord Abbott Bond Debenture Fund, Class A | C | Dividend | L | T | | | | | |
| 40. UBS Retirement Account- SEP IRA (Header) | | | | | | | | | |
| 41. X - RMA Govt Money Markey FD (f/k/a UBS Bank) | A | Interest | J | T | | | | | |
| 42. UBS Bank | A | Interest | J | T | | | | | |
| 43. UBS Bank - CODA SEP | A | Interest | L | T | | | | | |
| 44. Key Bank (money market) | A | Interest | J | T | | | | | |
| 45. Alaska USA Fed. Credit Union | A | Interest | K | T | | | | | |
| 46. Northrim Bank | A | Interest | M | T | | | | | |
| 47. Northrim Bank - UTMA 2 | A | Interest | J | T | | | | | |
| 48. Northrim Bank - III | A | Interest | K | T | | | | | |
| 49. Wells Fargo Business Checking Account | | None | J | T | | | | | |
| 50. Wells Fargo Custodian SEP IRA - Money Market | A | Interest | J | T | | | | | |
| 51. TJT Boreal Investments LLC | A | Rent | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 7/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Enter. Inv. Serv. Inc.-Cap Inc Bldr A - X | A | Dividend | J | T | Open | 06/13/15 | J | | Inheritance |
| 53. Cohen & Steer Closed End Opp. Fund Inc - X | A | Dividend | J | T | Open | 06/13/15 | J | | Inheritance |
| 54. Franklin Inc. Cl. A - X | A | Dividend | J | T | Open | 06/13/15 | J | | Inheritance |
| 55. Regions Fin. Corp. - X | A | Dividend | J | T | Open | 06/13/15 | J | | Inheritance |
| 56. Ameriprise Enter. - Cash - X | A | Interest | J | T | Open | 06/13/15 | J | | Inheritance |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 7/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V. Gifts. I received a copy of West Publishing's Bankruptcy Exemption Manual as a continuting author. The retail sales price of the book is $309. I consider this to be more akin to a gift, and have not listed it in Section V since it falls below the $350 minimum. However, some might consider it compensation so I am disclosing the receipt of the book.

In 2015 I also received an inheritance from my father's estate through several payments. Pursuant to Section III.A of the Filing Instructions, I am not reporting the income received through the inheritance as non-investment income, though it has been captured in the balances of several of the reported accoutnts listed in Section VII. Also, the new entries related to Ameriprise Financial relate to the investments inherited directly.

VII. Investments and Trusts  0 Closed the UBS Deposit Account reflected in one of the UBS Bank USA Dep Acct - however statement reflects less than a dollar in the account.

I have also noted two deposit accounts in UBS that are separate deposit funds that should have been reported separately rather than consolidated into a single deposit account.

I have also corrected an erroneous reference to a prior fund that what changed within a retirement account, and updated the current fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Spraker, Gary A. | 7/22/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Spraker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544